UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CANON USA, INC.                                    CIVIL ACTION

VERSUS                                             NO: 07-01201

S.A.M., INC.                                       SECTION: "S" (4)

### ORDER

Before the Court is a **Motion to Quash Production of Certain Documents in Respect of the Subpoenas Issued to Meyer H. Gertler, the Fountain Group, LLC, Denning Dinnat and Aparicio Walker & Seeling, Inc. (R. Doc. 40)** filed by the Defendant, S.A.M., Inc., seeking an order from this Court quashing portions of four subpoenas served by the Plaintiff onto outside entities who are not parties to the case.

This motion contains no certification under as required by Local Rule 37.1E. Rule 37.1E provides that "[n]o motion relative to discovery shall be accepted for filing unless accompanied by a certificate of counsel for the moving party stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice." L.R. 37.1E.

It is incumbent upon the moving party to ensure full compliance with the Rules prior to filing a motion. Without the required certification, the motion fails to comply with the Rule, and the motion is rendered deficient.

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion to Quash Production of Certain Documents in Respect of the Subpoenas Issued to Meyer H. Gertler, the Fountain Group, LLC, Denning Dinnat and Aparicio Walker & Seeling, Inc. (R. Doc. 40)** is **DENIED** for failing to comply with Local Rule 37.1E.

New Orleans, Louisiana, this 21st day of November 2007

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**